| | |
|---|---|
| | HONORABLE RONALD B. LEIGHTON |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| DONALD LITTLE,<br><br>          Plaintiff,<br><br>    v.<br><br>CITY OF TACOMA; HOMELAND SECURITY FEDERAL PROTECTIVE SERVICE; R. OGDEN; AND L.B. MCCONNELL,<br><br>          Defendants. | Case No. C08-5702RBL<br><br>ORDER |

THIS MATTER comes on before the above-entitled Court upon Plaintiff's Application to Proceed *In Forma Pauperis* and proposed "Criminal and Civil Complaint". A review of the Complaint reveals that it is patently frivolous. A private citizen may not prosecute crimes or enforce criminal statutes. *See, e.g. Rockefeller v. U.S. Court of Appeals Office for Tenth Circuit*, 248 F. Supp. 2d 17, 22 (D.D.C. 2003). Furthermore, plaintiff may not challenge his infraction until it has been dismissed or set aside by a court of competent jurisdiction. *See Heck v. Humphrey*, 114 S. Ct. 2364 (1994). Finally, plaintiff's claim that his "private Credentials" are valid identification is wholly without merit.

Plaintiff's proposed Complaint is **DISMISSED.** All pending motions are also **DISMISSED.**

**IT IS SO ORDERED.**

The Clerk shall send uncertified copies of this order to all counsel of record, and to any party appearing pro se.

Dated this 23rd day of December, 2008.

/s/ Ronald B. Leighton
RONALD B. LEIGHTON
UNITED STATES DISTRICT JUDGE